**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                                    CHAPTER    **11**

**PM Transportation, LLC**

DEBTOR(S)                                            CASE NO    **09-37581-BJH-11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **PRM Management of IL, the Manager** _____ of the _____ **Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:_ **11/18/2009** _____        Signature:_ **/s/ Peter R. Morris, President** _____

                                                                        *Peter R. Morris, President*
                                                                        **PRM Management of IL, the Manager**