Case 09-37581-bjh11 Doc 44 Filed 02/24/10 Entered 02/24/10 08:11:42 Desc Main
Document Page 1 of 2

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed February 23, 2010           **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PM TRANSPORTATION, LLC, | § § § | CASE NO. 09-37581-BJH-11 |
| Debtor. | § § § | Chapter 11 |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE AND
SETTLEMENT AGREEMENT WITH ENTERPRISE BANK & TRUST**

Upon review of *Debtor's Motion to Approve Compromise and Settlement Agreement with Enterprise Bank & Trust* (the "Motion") [Docket No. 39] filed by PM Transportation, LLC, ("Debtor") on January 25, 2010, pursuant to 11 U.S.C. §105(a) and Federal Rule of Bankruptcy Procedure 9019, in the above-referenced bankruptcy case, and the Court finding that no objections have been timely filed to the Motion, the Court finds that it has jurisdiction to grant the relief requested in the Application pursuant to 28 U.S.C. §§ 1334 and 157.

IT IS THEREFORE,

ORDERED that the Motion is hereby GRANTED. It is further

ORDERED that the proposed entry into the Settlement and Release Agreement[1] is in the best interest of the parties to the Settlement and Release Agreement. It is further

ORDERED that the Debtor is authorized to enter into the Settlement and Release Agreement with Enterprise Bank & Trust as set forth in the Motion.

###END OF ORDER###

---

[1] Any terms not defined herein shall have the meanings ascribed to them in the Motion.